AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Buchanan, Theresa C. | U.S. District Court, EDVA | 5/4/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, Virginia 22314

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (see VIII) | Trust # 1 |
| 2. | ▨▨▨/Vice President (see VIII) | ▨▨▨ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 5/4/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 5/4/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Investment Property "P" - ▨ | C | Rent | N | S | | | | | |
| 2. Rental Investment Property "G" - ▨ | E | Rent | N | S | | | | | |
| 3. Rental Investment Property - "S" ▨ | F | Rent | N | S | | | | | |
| 4. Real Estate Investment Property - "B" ▨ | E | Rent | P1 | S | | | | | |
| 5. Partnership Share | | None | N | V | | | | | |
| 6. AM. Wash. Mutual Inv. Fund | C | Dividend | M | T | | | | | |
| 7. Merrill Lynch CBA Money Fund | A | Interest | J | T | | | | | Balance varies |
| 8. Delaware Group Div/Inc Fund | A | Dividend | J | T | | | | | |
| 9. Growth Fund of America | A | Dividend | M | T | | | | | |
| 10. Disney | A | Dividend | J | T | | | | | |
| 11. ▨ Corporation(▨) ▨ | A | Dividend | K | U | | | | | ▨ |
| 12. Burke & Herbert Bank | A | Interest | J | T | | | | | Balance varies |
| 13. Columbia Seligman | | None | K | T | Sold (part) | 1/27/16 | J | A | |
| 14. John Hancock Regional Bank Fund | A | Dividend | J | T | | | | | |
| 15. Henderson Global Equity Income Fund | C | Dividend | K | T | Sold (part) | 09/28/16 | J | A | |
| 16. Hennessy Focus Fund | A | Dividend | K | T | Sold (part) | 01/27/16 | J | A | |
| 17. Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Developing Markets Fund | A | Dividend | J | T | Sold (part) | 01/26/16 | J | A | |
| 19. Satuit Capital US Emerging Companies Fund | | None | K | T | Sold (part) | 01/28/16 | J | A | |
| 20. Touchstone Sands | | None | K | T | | | | | |
| 21. Virtus RealEstate Securites Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 5/4/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. ** My spouse no longer reveals his separate investments nor the asets of the family trust to me. I have no idea what he owned, bought, or sold during 2016. I am not beneficiary of the family trust.

1. The Trust #1 is a life insurance trust created estate planning purposes.

2. The ▭ corporation is a wholly ▭ corporation.

VII. 1. Assessed value of ▭ rental property "P" was $305,111 in 2016.

2. Assessed value of ▭ rental property "G" was $489,202 in 2016.

3. Assessed value of ▭ real estate "S"(formerly undesignated) was $571,736 in 2016.

4. Assessed value of ▭ real estate "B" was $1,294,348 in 2016.

5. This partnership share refers to Part III B, line 1. The value is equal to the dollar amount invested.

6. All investments listed at lines 19 and 23-49 on the 2015 disclosure which were not listed here were actually owned by my husband in one of his separate accounts. The investment list had been prepared by our financial advisor who mistakenly included some of his investments.

VIII. In response to the statutory conditions of 5 U.S.C. app. SEC 102 (e)(1)(E):

1. My spouse has sole financial responsibility for these funds and I have no knowledge about them.

2. The separate assets are derived solely from my spouse's employment.

3. I do not derive, nor expect to derive, any financial or economic benefit from these separate funds as I have substantial separate assests of my own. I am not a beneficiary of the trust.

4. Our joint tax returns do not reflect any of these separate assets as they are all invested in retirement accounts of one sort or another so that any gains or losses are not reportable. The trust files a separate return.

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 5/4/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theresa C. Buchanan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544